**George NWIZUZU, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

No. 02–1573.

United States Court of Appeals,
Eighth Circuit.

Submitted July 17, 2002.

Decided July 23, 2002.

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

Federal prisoner George Nwizuzu appeals the district court's[1] dismissal of his Federal Tort Claims Act (FTCA) suit. We affirm.

Nwizuzu claimed that while a federal corrections officer was packing his property, the officer negligently failed to document and thus caused the loss of a pair of Nwizuzu's work boots. We conclude that the alleged conduct would fall under the 28 U.S.C. § 2680(c) exception to the FTCA waiver of sovereign immunity because it arose out of the detention of Nwizuzu's property before he was placed in administrative segregation. *See Kosak v. United States*, 465 U.S. 848, 854, 104 S.Ct. 1519, 79 L.Ed.2d 860 (1984).

The judgment is affirmed.

A true copy.

---

[1]. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathon G. Lebedoff, United States Magistrate Judge for the District of Minnesota.